Westchester Mortgage Company, Respondent, v. Thomas B. McIntire, Inc., and Another, Defendants, Impleaded with William H. Foster, Appellant.— Appellant has neglected to comply with the rule* that upon

---

* See App. Div. Rules, 2d. Dept., Special Rule.— [REP.

motions of this character he shall file an affidavit stating facts showing that there is merit in the appeal. If within five days appellant file an affidavit complying with such rule, the motion will be considered on its merits; in default thereof the motion will be granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.